Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: tasca@ballardspahr.com
E-Mail: priesth@ballardspahr.com
*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH, LORA V. BUSH; CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 through 10, inclusive, ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:15-CV-02495-rfb-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>　　　　Counterclaimant<br><br>v.<br><br>PHILIPPE LAURENT,<br><br>　　　　Counterdefendant | |

Plaintiff Philippe Laurent and Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems ("Defendants"), stipulate and agree to the following:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for Defendants to file reply in support of their Motion for Summary Judgment on the Facial Unconstitutionality of NRS 116.3116 *et seq.* [ECF No. 30] is extended from January 13, 2017 to January 20, 2017.

*[Remainder of Page Intentionally Left Blank]*

This is the parties' second request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated: January 12, 2017.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: /s/ *Michael Beede*
 Michael Beede, Esq.
 Nevada Bar No. 13068
 Cheryl A. Grames, Esq.
 Nevada Bar No. 12752
 2300 W. Sahara Ave., Suite 420
 Las Vegas, Nevada 89102

*Attorney for Plaintiff*

Dated: January 12, 2017.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
 Joel E. Tasca
 Holly Ann Priest
 100 North City Parkway, Suite 1750
 Las Vegas, Nevada 89106

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*

**IT IS SO ORDERED.**

DATED this 13th day of January, 2017.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
 Joel E. Tasca
 Holly Ann Priest
 100 North City Parkway, Suite 1750
 Las Vegas, Nevada 89106

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*