MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Plaintiff/Counter-Defendant, Philippe Laurent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH; LORA V. BUSH; CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants.<br> | CASE NO. 2:15-cv-02495-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE (FIRST REQUEST)** |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>PHILIPPE LAURENT,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant Philippe Laurent ("Plaintiff") and Defendants PHH Mortgage Corporation, Citibank, N.A. as Trusteee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems, Inc. ("Defendants"), stipulate and agree to the following:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for Plaintiff to file its response to Defendants' Motion for Summary Judgment [ECF No. 48] is extended from April 10, 2017 to April 17, 2017.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated: April 10, 2017

| | |
|---|---|
| The Law Office of Mike Beede, PLLC | Ballard Spahr LLP |
| By: _/s/Michael Beede_<br>Michael Beede, Esq.<br>Nevada Bar No. 13068<br>2470 St. Rose Pkwy., Suite 201<br>Henderson, NV 89074<br>*Attorney for Plaintiff* | By: _/s/Holly Priest_<br>Joel Tasca, Esq.<br>Nevada Bar No. 14124<br>Holly A. Priest, Esq.<br>Nevada Bar No. 13226<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>*Attorneys for Defendants* |

**IT IS SO ORDERED**

Dated this 11th day of __April__, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:
The Law Office of Mike Beede, PLLC

By: _/s/Michael Beede_
    Michael Beede, Esq.
    Nevada Bar No. 13068
    2470 St. Rose Pkwy, Suite 201
    Henderson, NV 89074
    *Attorney for Plaintiff*