Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: tasca@ballardspahr.com
E-Mail: priesth@ballardspahr.com
*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH, LORA V. BUSH; CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 through 10, inclusive, ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants.<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Counterclaimant<br><br>v.<br><br>PHILIPPE LAURENT,<br><br>Counterdefendant | CASE NO. 2:15-CV-02495-rfb-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |

1  Plaintiff Philippe Laurent and Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems ("Defendants"), stipulate and agree to the following:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for Defendants to file reply in support of their Motion for Summary Judgment [ECF No. 48] is extended from May 1, 2017 to May 8, 2017.

**IT IS FURTHER AGREED AND STIPULATED** that the deadline for Plaintiff to file reply in support of his Motion for Summary Judgment [ECF No. 49] is extended from April 24, 2017 to May 8, 2017.

*[Remainder of Page Intentionally Left Blank]*

This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated: April 18, 2017.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: /s/ Michael Beede
    Michael Beede, Esq.
    Nevada Bar No. 13068
    2470 St. Rose Pkwy., Suite 201
    Henderson, Nevada 89074

*Attorney for Plaintiff*

Dated: April 18, 2017.

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
    Joel E. Tasca
    Holly Ann Priest
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2017.

RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
    Joel E. Tasca
    Holly Ann Priest
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*