| | |
|---|---|
| HAWKINS MELENDREZ, P.C.<br>Martin I. Melendrez, Esq.<br>Nevada Bar No. 7818<br>9555 Hillwood Drive, Suite 150<br>Las Vegas, NV 89134<br>mmelendrez@hawkinsmelendrez.com<br>*Attorneys for Defendants* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIPPE LAURENT,<br>    Plaintiff,<br>v.<br>ARTHUR V. BUSH, LORA V. BUSH; CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 through 10, inclusive, ROE CORPORATIONS 1 through 10, inclusive,<br>    Defendants. | Case No.: 2:15-cv-02495-RFB-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Counterclaimant<br>v.<br>PHILIPPE LAURENT, | |

|   |   |
|---|---|
| 1 | Counterdefendant. |

Defendants/Counterclaimants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6, and Mortgage Electronic Registration Systems hereby consent to the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS MELENDREZ, P.C. as its counsel in the place and stead of BALLARD SPAHR, LLP, in the above-entitled matter.

Dated this __1__ day of __Feb__, 2018.

> PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6
> By: _[signature]_
> Its: _AVP_

Dated this __1__ day of __Feb__, 2018.

> Mortgage Electronic Registration Systems
> By: _[signature]_
> Its: _Asst Secretary_

Martin I. Melendrez, Esq. of HAWKINS MELENDREZ, P.C. hereby consents to substitution as counsel of record for Defendants/Counterclaimants, PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6, and Mortgage Electronic Registration Systems in the place and stead of BALLARD SPAHR, LLP.

Dated this 31st day of July, 2018.

HAWKINS MELENDREZ, P.C.

By: _____
Martin I. Melendrez, Esq.
Nevada Bar No. 7818
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com

| | |
|---|---|
| 1 | Joel E. Tasca, Esq. and Holly Ann Priest, Esq. of the law firm of BALLARD SPAHR, LLP |
| 2 | hereby consent to the substitution of Martin I. Melendrez, Esq. of the law firm HAWKINS |
| 3 | MELENDREZ, P.C. as counsel of record in its place and stead on behalf of |
| 4 | Defendants/Counterclaimants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the |
| 5 | Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6, and Mortgage |
| 6 | Electronic Registration Systems. |

Dated this 31 day of Jan, 2018.

BALLARD SPAHR, LLP

By: _____
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Holly Ann Priest, Esq.
Nevada Bar No. 13226
One Summerlin, 1980 Festival Plaza Drive,
Suite 900
Las Vegas, NV 89135-2958
702.471.7000 Phone
702.471.7070 FAX
tasca@ballardspahr.com
priesth@ballardspahr.com

APPROVED.

Dated this 6th day of February, 2018

By: _George Foley Jr._____
U.S. MAGISTRATE JUDGE