Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6, and Mortgage Electronic Registration Systems*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH, LORA V. BUSH; CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 through 10, inclusive, ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-02495-RFB-GWF<br><br>SUBSTITUTION OF COUNSEL |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Counterclaimant<br><br>v.<br><br>PHILIPPE LAURENT,<br><br>Counterdefendant | |

Citibank, N.A., as Trustee for the Registered Holders of the PHHMC Mortgage Pass-Through Certificate Series 2007-6 ("Citibank"), PHH Mortgage Corporation ("PHH"), and Mortgage Electronic Registration Systems, Inc. ("MERS") consent to the substitution of Joel E. Tasca, Esq., and Holly Ann Priest, Esq., of the law firm Ballard Spahr LLP as its counsel in the place and stead of Martin I. Melendrez, Esq. of Hawkins Melendrez P.C. in the above-entitled matter.

Dated this 22nd day of May, 2018.

PHH Mortgage Corporation
By: _____
Its: AVP

Dated this 22nd day of May, 2018.

Mortgage Electronic Registration Systems
By: _____
Its: Asst Secretary

Dated this ___ day of May, 2018.

Citibank, N.A., as Trustee for the Registered Holders of the PHHMC Mortgage Pass-Through Certificate Series 2007-6
by PHH Mortgage Its Atty in fact
By: _____
Its: AVP

*{Continued on Next Page}*

| | |
|---|---|
|  | Joel E. Tasca, Esq., and Holly Ann Priest, Esq. of the law firm Ballard Spahr LLP, hereby accept the substitution as counsel of record for Citibank, PHH and MERS. |

Dated this 24th day of May, 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

*{Continued on Next Page}*

Martin I. Melendrez, Esq. of Hawkins Melendrez P.C. hereby consents to substitution of Ballard Spahr LLP as counsel of record for Citibank, PHH and MERS in the place and stead of Hawkins Melendrez P.C.

Dated this 24th day of May, 2018.

                              HAWKINS MELENDREZ, P.C.

                              By: /s/ *Martin I. Melendrez*
                                   Martin I. Melendrez, Esq.
                                   Nevada Bar No. 7818
                                   9555 Hillwood Drive, Suite 150
                                   Las Vegas, NV 89134
                                   Phone: (702) 318-8800
                                   Fax: (702) 318-8801
                                   mmelendrez@hawkinsmelendrez.com

**ORDER**

IT IS SO ORDERED.

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 5-25-2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of May, 2018, and pursuant to Federal Rule of Civil Procedure 5(b), a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** was served by the Court's CM/ECF system on all parties who have appeared in this action.

/s/ C. Wells
An Employee of BALLARD SPAHR LLP