1  Joel E. Tasca
   Nevada Bar No. 14124
2  Holly Ann Priest
   Nevada Bar No. 13226
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  priesth@ballardspahr.com

7  *Attorneys for Defendants PHH Mortgage Corporation,
   Citibank, N.A. as Trustee for the Registered Holders of
8  PHHMC Mortgage Pass-Through Certificates 2007-6 and
   Mortgage Electronic Registration Systems*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH et. al.<br><br>    Defendants. | CASE NO. 2:15-CV-02495-rfb-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (First Request)** |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>    Counterclaimant<br><br>v.<br><br>PHILIPPE LAURENT,<br><br>    Counterdefendant | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff Philippe Laurent and Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems ("Defendants"), stipulate and

agree to extend the dispositive motion deadline to January 18, 2019. This is the Parties first request for an extension of the subject deadlines. This brief extension accommodate the schedule of the parties due to the upcoming holidays. The Parties make this request in good faith and not for the purposes of delay.

Dated: December 19, 2018.

HONG & HONG, APLC

By:/s/ Joseph Y. Hong
   Joseph Y. Hong
   Nevada Bar No. 005995
   1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
   *Attorney for Plaintiff*

Dated: December 19, 2018.

BALLARD SPAHR LLP

By:/s/ Holly Ann Priest
   Joel E. Tasca
   Holly Ann Priest
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*

**IT IS SO ORDERED.**

DATED this 7th day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this

Submitted by:

BALLARD SPAHR LLP

By:/s/ Holly Ann Priest
   Joel E. Tasca
   Holly Ann Priest
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems*