JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG
A Professional Law Corporation
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
Email: Yosuphonglaw@gmail.com

Attorney for Philippe Laurent

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>    Plaintiff,<br>vs.<br><br>ARTHUR V. BUSH, et, al.,<br><br>    Defendants.<br>_____<br>CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHHMC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATIONS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Counterclaimant,<br>vs.<br>PHILIPPE LAURENT,<br>    Counterdefendant. | CASE NO. 2:15-cv-02495-RFB-GWF<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PHILIPPE LAURENT TO FILE A MOTION FOR SUMMARY JUDGMENT PURSUANT TO STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE<br><br>(First Request) |

  Pursuant to LR 1A 6-1 and 7-1, Citibank, N.A., as Trustee for the Registered Holders of the PHHMC Mortgage Pass-Through Certificate Series 2007-6, PHH Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. (collectively "Citibank"), and Philippe Laurent ("Laurent") stipulate and agree as follows:

  On December 19, 2018, Citibank and Laurent filed a Stipulation and Order to Extend Dispositive Motion Deadline ("Stipulation") [ECF 67]. On January 7, 2019, the Court granted the Stipulation and extended the dispostive motion deadline to January 18, 2019. [ECF 68]. On

1  January 18, 2019., Citibank filed its Motion for Summary Judgment [ECF 69]. Because of a
2  family matter, Laurent's counsel had to travel out-of-town on January 17, 2019 and returned
3  back into Las Vegas on January 21, 2019. Thus, in order to afford Laurent the opportunity to
4  file his Motion for Summary Judgment, an extension of up to and including January 29, 2019 is
5  necessary.
6       This stipulation is the first request regarding Laurent's Motion for Summary Judgment.
7  This extension is requested in good faith and is not for purposes of delay or prejudice to any
8  other party.
9       WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
10 that the deadline for Laurent to file his Motion for Summary Judgment will be extended from
11 January 18, 2019 to January 29, 2019.

DATED this 22nd day of January, 2019.    DATED this 22nd day of January, 2019.

*/s/ Holly Ann Priest*                    */s/ Joseph Y. Hong*
Holly Ann Priest, Esq.                    Joseph Y. Hong, Esq.
Ballard Spahr LLP                         Nevada Bar No. 5995
Nevada Bar No. 13226                      1980 Festival Plaza Dr., Suite 650.
1980 Festival Plaza Dr., Suite 900        Las Vegas, Nevada 89135
Las Vegas, Nevada 89135                   *Attorney for Philippe Laurent*
*Attorney for Citibank, N.A., as Trustee for the*
*Registered Holders of the PHHMC Mortgage Pass-Through*
*Certificate Series 2007-6, PHH Mortgage Corporation and Electronic Registration*
*Systems, Inc.*

## ORDER

**IT IS SO ORDERED.**

DATED this __29th__ day of January, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted By:

_____
Joseph Y. Hong, Esq.
Nevada Bar No. 5995
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
*Attorney for Philippe Laurent*

2