Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendants PHH Mortgage Corporation; Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6; and Mortgage Electronic Registration Systems*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR V. BUSH et. al.<br><br>Defendants. | CASE NO. 2:15-CV-02495-rfb-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT (ECF NO. 69) AND RESPOND TO THE COUNTER MOTION FOR SUMMARY JUDGMENT (ECF No. 73) (First Request)** |
| CITIBANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE PHH;MC MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-6; PHH MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Counterclaimant<br>v.<br><br>PHILIPPE LAURENT,<br><br>Counterdefendant | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff Philippe Laurent and Defendants PHH Mortgage Corporation, Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6 and Mortgage Electronic Registration Systems ("Defendants"), stipulate and

agree to extend the deadline to file the reply in support of the motion for summary judgment (ECF No. 69) and to respond to the counter-motion for summary judgment (ECF No. 73) to March 5, 2019. This is the Parties first request for an extension of the subject deadlines. This brief extension will allow the parties to consolidate the current deadlines and accommodate the schedule of Defendants' counsel. The Parties make this request in good faith and not for the purposes of delay.

Dated: February 11, 2019.

HONG & HONG, APLC

By:/s/ Joseph Y. Hong
Joseph Y. Hong
Nevada Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorney for Plaintiff*

Dated: February 11, 2019.

BALLARD SPAHR LLP

By:/s/ Holly Ann Priest
Joel E. Tasca
Holly Ann Priest
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendants PHH Mortgage Corporation; Citibank, N.A. as Trustee for the Registered Holders of PHHMC Mortgage Pass-Through Certificates 2007-6; and Mortgage Electronic Registration Systems*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of February, 2019.